**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

| | | |
|---|---|---|
| ISLAM DZHAVRIEV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02684-TLP-cgc |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, Field Office | ) | |
| Director, New Orleans Field Office, | ) | |
| Immigration and Customs Enforcement,[1] | ) | |
| | ) | |
| Respondent. | ) | |

---

**ORDER DIRECTING PETITIONER TO SERVE RESPONDENT,
DIRECTING RESPONDENT TO SHOW CAUSE,
AND DIRECTING CLERK TO MODIFY THE DOCKET**

---

Petitioner Islam Dzhavriev, a noncitizen detained in the Western District of Tennessee petitions for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1.)

Given the grounds raised in the Petition, the Court **ORDERS** Petitioner to deliver a copy of the Petition and all attachments and this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**. Petitioner shall do so within **five (5) days** of this Order.

And within **seven (7) days** of receiving the Petition and this Order, Respondent shall show cause in writing why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.

---

[1] The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  The Court therefore respectfully **DIRECTS** the Clerk to terminate all Respondents except "Christopher Bullock, Field Office Director, New Orleans Field Office, Immigration and Customs Enforcement."

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending. *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

The Court further **ORDERS** Petitioner to file a reply to Respondent's response within **seven (7) days** after Respondent's responsive filing. Failure to comply with this requirement may justify dismissal of the Petition without further notice. *See* Fed. R. Civ. P. 41(b).

The Court will set a hearing by separate order if necessary. *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 16th day of June, 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE